THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATTI WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendant. | Case No. 2:18-cv-00959-JLR<br><br>**DEFENDANT'S UNOPPOSED AND MOTION FOR EXTENSION OF ORDER TIME TO ANSWER**<br><br>NOTE ON MOTION CALENDAR:<br>August 2, 2018 |

Defendant The Prudential Insurance Company of America ("Prudential"), by and through its attorneys, respectfully asks this Court to grant an order extending the time for Prudential to answer or otherwise respond to the complaint. The deadline to answer or otherwise respond is currently August 14, 2018. Plaintiff Patti Williams ("Plaintiff") does not oppose this motion. Prudential respectfully requests an extension of time to answer or otherwise respond of 14 days until August 28, 2018.

In support of its unopposed motion, Prudential states as follows:

1. On June 28, 2018, Plaintiff filed this action in the United States District Court for the Western District of Washington.

2. On July 6, 2018, Defendant The Prudential Insurance Company of America ("Prudential") was served through the Washington Insurance Commissioner. (Dkt. 3.)

3. On July 26, 2018, Plaintiff filed her first amended complaint. (Dkt. 11.)

4. Prudential's response is currently due on August 14, 2018.

DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF
TIME TO ANSWER (Case No. 2:18-CV-00959-JLR) - 1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

119219.0032/7384081.1

5. Prudential began promptly collecting and reviewing the relevant file documents in order to prepare a response to Plaintiff's complaint, but requests additional time of 14 days to complete its investigation and prepare its response.

6. On July 31, 2018, national counsel for Prudential conferred with counsel for Plaintiff regarding the request for an extension of fourteen (14) days to answer or otherwise respond to Plaintiff's complaint. Plaintiff's counsel indicated that Plaintiff does not oppose this request.

7. This motion is filed before the response to the complaint is due and is filed in good faith and not for the purpose of unwarranted delay.

WHEREFORE, Prudential respectfully requests that the Court issue an order granting Prudential an additional fourteen (14) days, until August 28, 2018, to answer or otherwise respond to Plaintiff's complaint.

DATED: August 2, 2018

LANE POWELL PC

By  *s/ David W. Howenstine*
D. Michael Reilly, WSBA No. 14674
David W. Howenstine, WSBA No. 41216
reillym@lanepowell.com
howenstined@lanepowell.com

Amanda Sonneborn, *Pro Hac Vice*
Shelley R. Hebert, *Pro Hac Vice*
asonneborn@seyfarth.com
shebert@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone: (312) 460-5000
Facsimile: (3126) 460-7000

Attorneys for Defendant The Prudential Insurance Company of America

DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF
TIME TO ANSWER (Case No. 2:18-CV-00959-JLR) - 2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

119219.0032/7384081.1



[~~PROPOSED~~]

## ORDER

Having reviewed the unopposed motion for extension of time to answer or otherwise respond to the complaint, the Court hereby GRANTS the motion and ORDERS that The Prudential Insurance Company of America's deadline to answer or otherwise respond to the complaint is extended until August 28, 2018.

IT IS SO ORDERED.

DATED this 2nd day of August, 2018.

Honorable James L. Robart
United States District Court Judge

DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF
TIME TO ANSWER (Case No. 2:18-CV-00959-JLR) - 3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

119219.0032/7384081.1

# CERTIFICATE OF SERVICE

I certify that on the date listed below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I certify that the following document was sent to the following CM/ECF participants:

Melton L. Crawford
The Law Office of Mel Crawford
9425 35th Avenue NE, Suite C
Seattle, WA 98115-2559
melcrawford@melcrawfordlaw.com

Amanda Sonneborn
Shelley R. Hebert
Seyfarth Shaw LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
asonneborn@seyfarth.com
shebert@seyfarth.com

DATED THIS 2nd day of August, 2018, at Seattle, Washington.

*s/ Lou Rosenkranz*
Lou Rosenkranz, Legal Assistant

DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF
TIME TO ANSWER (Case No. 2:18-CV-00959-JLR) - 4

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

119219.0032/7384081.1