THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATTI WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Case No. 2:18-cv-00959-JLR  AND ORDER<br><br>**DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER**<br><br>NOTE ON MOTION CALENDAR:<br>August 23, 2018 |

Defendant The Prudential Insurance Company of America ("Prudential") respectfully asks this Court to grant a seven-day extension of time for Prudential to answer or otherwise respond to the complaint until September 4, 2018. The answer is currently due by August 28, 2018. Plaintiff Patti Williams ("Plaintiff") does not oppose this motion, and the parties are currently exploring potential resolution of this matter. In support of its unopposed motion, Prudential states as follows:

1. On June 28, 2018, Plaintiff filed this action in the U.S. District Court for the Western District of Washington, seeking long-term disability ("LTD") benefits under an ERISA-governed employee welfare benefit plan. *See* Dkt. 1.

2. On July 6, 2018, Prudential was served through the Washington Insurance Commissioner. *See* Dkt. 3.

3. On July 26, 2018, Plaintiff filed her first amended complaint. *See* Dkt. 11.

PRUDENTIAL'S SECOND UNOPPOSED MOTION FOR
EXTENSION OF TIME TO ANSWER
(Case No. 2:18-CV-00959-JLR) - 1
119219.0032/7404125.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

4. Prudential's response to Plaintiff's amended complaint was due on August 14, 2018.

5. On August 2, 2018, the Court granted Prudential's unopposed motion for extension of time to answer, extending the deadline for Prudential to answer or otherwise respond by 14 days to August 28, 2018. *See* Dkt. 14-15.

6. Prudential and Plaintiff are currently discussing resolution of Plaintiff's complaint, and would like additional time to explore resolution in the hopes of avoiding potentially unnecessary litigation.

7. Prudential therefore requests additional time to file its response to Plaintiff's amended complaint.

8. On August 22, 2018, counsel for Prudential conferred with counsel for Plaintiff regarding the request for an extension of seven (7) days to answer or otherwise respond to Plaintiff's amended complaint. Plaintiff's counsel indicated that Plaintiff does not oppose this request.

9. This motion is filed before the response to the amended complaint is due and is filed in good faith and not for the purpose of unwarranted delay.

Therefore, Prudential respectfully asks the Court to issue an order granting Prudential an additional seven (7) days, until September 4, 2018, to answer or otherwise respond to Plaintiff's amended complaint.

DATED: August 23, 2018

LANE POWELL PC

By  *s/ David W. Howenstine*
D. Michael Reilly, WSBA No. 14674
David W. Howenstine, WSBA No. 41216
reillym@lanepowell.com
howenstined@lanepowell.com

Amanda Sonneborn, *Pro Hac Vice*
Shelley R. Hebert, *Pro Hac Vice*
asonneborn@seyfarth.com
shebert@seyfarth.com

PRUDENTIAL'S SECOND UNOPPOSED MOTION FOR
EXTENSION OF TIME TO ANSWER
(Case No. 2:18-CV-00959-JLR) - 2
119219.0032/7404125.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone: (312) 460-5000
Facsimile: (3126) 460-7000

Attorneys for Defendant The Prudential Insurance Company of America

PRUDENTIAL'S SECOND UNOPPOSED MOTION FOR
EXTENSION OF TIME TO ANSWER
(Case No. 2:18-CV-00959-JLR) - 3

119219.0032/7404125.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

[~~PROPOSED~~] *JLR*

**ORDER**

Having reviewed the second unopposed motion for extension of time to answer or otherwise respond to the complaint, the Court hereby GRANTS the motion and ORDERS that The Prudential Insurance Company of America's deadline to answer or otherwise respond to the complaint is extended until September 4, 2018.

IT IS SO ORDERED.

DATED this 23rd day of August, 2018.

_____
Honorable James L. Robart
United States District Court Judge

PRUDENTIAL'S SECOND UNOPPOSED MOTION FOR
EXTENSION OF TIME TO ANSWER
(Case No. 2:18-CV-00959-JLR) - 4
119219.0032/7404125.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

# CERTIFICATE OF SERVICE

I certify that on the date listed below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I certify that the following document was sent to the following CM/ECF participants:

Melton L. Crawford
The Law Office of Mel Crawford
9425 35th Avenue NE, Suite C
Seattle, WA 98115-2559
melcrawford@melcrawfordlaw.com

Amanda Sonneborn
Shelley R. Hebert
Seyfarth Shaw LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
asonneborn@seyfarth.com
shebert@seyfarth.com

DATED this 23rd day of August, 2018, at Seattle, Washington.

                                        *s/ Lou Rosenkranz*
                                        Lou Rosenkranz, Legal Assistant

PRUDENTIAL'S SECOND UNOPPOSED MOTION FOR
EXTENSION OF TIME TO ANSWER
(Case No. 2:18-CV-00959-JLR) - 5
119219.0032/7404125.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107